# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN A. RICHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16CV368 RWS |
| | ) | |
| MISSOURI DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant, | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff has notified the Court that this case was opened in error. Plaintiff intended to submit an amended complaint in *Richman v. Wallace*, No. 1:15CV63 SNLJ (E.D. Mo.). However, the Clerk filed the document as a pleading in this new civil action. As a result, I will order that the complaint be docketed in the original case as an amended complaint and that this case be administratively terminated.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to docket the complaint in this case as an amended complaint in *Richman v. Wallace*, No. 1:15CV63 SNLJ (E.D. Mo.).

**IT IS FURTHER ORDERED** that the Clerk is directed to administratively terminate this action.

**IT IS FURTHER ORDERED** that the Court's Order directing plaintiff to pay the filing fee in this case is **VACATED**.

Dated this 6th day of April, 2016.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE